**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**ISOKINETICS, INC.**                                                                                             **PLAINTIFF**

**V.**                              **CIVIL ACTION NO.: 1:06CV292-SA-JAD**

**DURATECH, INC.**                        **DEFENDANTS**
**AND BARRY DREWRY**

## ORDER DENYING MOTION TO STAY

Pursuant to an opinion issued today, it is hereby ORDERED that:

(1)     the Defendants' Motion to Stay Civil Proceedings Pending Outcome of Parallel Criminal Cases [25] is **DENIED**; and

(2)     the parties are instructed to contact the magistrate judge within 10 days of this Order to schedule a case management conference; therefore,

(3)     the clerk is directed to lift the stay on this case.

**SO ORDERED**, this the 25th day of June 2008.

                                                                                                  **/s/ Sharion Aycock**
                                                                                        **U. S. DISTRICT COURT JUDGE**